OPINION — AG — THE PROVISIONS OF 63 O.S. 1976 Supp., 2601 [63-2601] AND 63 O.S. 1976 Supp., 2602 [63-2602] TO ANY GIVEN SITUATION MAY OR MAY NOT CONFLICT WITH THE PROVISIONS OF THE FEDERAL SOCIAL SECURITY ACT SHOULD PROPERLY BE DIRECTED TO THE SOCIAL SECURITY ADMINISTRATION FOR DETERMINATION. (MINORS ELIGIBLE FOR ASSISTANCE UNDER THE STATE'S AID TO FAMILIES OF DEPENDENT CHILDREN) CITE: 63 O.S. 1976 Supp., 2602 [63-2602] (GERALD E. WEIS)